US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

AUG 2 6 2020

DOUGLAS F. YOUNG, Clerk
By _____ Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 5:20CR50041-001 |
| ) | |
| VS. ) | |
| ) | 18 U.S.C. § 1343 |
| SONGHUA LIU ) | |

## INDICTMENT

The Grand Jury charges that:

At all times material to this Indictment:

## INTRODUCTION

1. Wal-Mart Stores, Inc. (Walmart) is a national retail store operating in the Fayetteville Division of the Western District of Arkansas, and elsewhere, including at Walmart Supercenter, 3919 N. Mall Avenue, Fayetteville, Arkansas; Walmart Supercenter 4208 S. Pleasant Crossing Boulevard, Rogers, Arkansas; Walmart Neighborhood Market 367 W. Main Street, Farmington, Arkansas; and, Walmart Neighborhood Market 4900 Jennifer Terrace, Springdale, Arkansas.

2. Among other products, Walmart sells pre-paid gift cards and debit cards, including Visa, and MasterCard. In addition to standard checkout counters, Walmart provides point of sale "self-checkout" terminals that permit customers to purchase products using a credit card, debit card, or pre-paid gift card by swiping or scanning the card at the terminal's electronic payment system.

3.      The act of swiping or scanning the card to make a purchase results in an interstate wire transfer of financial information. The wire travels from the point of sale terminal at the Walmart location to servers located in Bentonville, Arkansas or Colorado Springs, Colorado, and then to First Data in Omaha, Nebraska, or Chandler, Arizona. First Data is the payment processor for Walmart gift cards. Once First Data confirms the payment information, First Data's server then sends a wire communication to a server for Walmart in Bentonville or Colorado Springs, which then routes the wire communication back to the originating Walmart store.

## THE SCHEME AND ARTIFICE TO DEFRAUD

4.      Beginning on or about an unknown date but at least as early as October 7, 2019, and continuing to on or about November 5, 2019, the defendant, **SONGHUA LIU**, devised and intended to devise a scheme to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations and promises and, in furtherance of the scheme and artifice to defraud, did knowingly and willfully transmit and cause to be transmitted, in interstate commerce, wire communications and transmissions. As part of the scheme and artifice to defraud, the defendant, **SONGHUA LIU**, and others unknown to the Grand Jury would use fraudulently obtained Walmart gift cards to purchase other non-tainted gift cards and prepaid debit cards at Walmart locations in Fayetteville, Rogers, Springdale and Farmington within the Western District of Arkansas, and elsewhere. In obtaining the fraudulent cards, victims were lured into purchasing prepaid Walmart gift cards using fraudulent schemes, including responding to a text message, responding to an email, or searching for financial services on the internet and requesting contact from a fraudulent website. Once these victims were contacted, they were induced into purchasing prepaid Walmart gift cards using a number of different methods. In one scheme, a victim was called by a person identifying themselves as law enforcement, who stated that the victim's assets

will be seized due to alleged criminal activity unless payment was tendered via Walmart gift cards. In another scheme, the victim was told that in order to qualify for an online based loan, the victim had to provide upfront payment via Walmart gift cards. Other victims reported being locked out of their computer and being told to send Walmart gift cards as ransom. These are only a few examples of schemes used by participants in the wire fraud scheme to convince victims to purchase prepaid Walmart gift cards.

5. For each of the schemes, including the schemes used to lure victims that purchased Walmart gift cards that were subsequently used by the defendant, **SONGHUA LIU**, the victims were instructed to provide the full Walmart gift card number to others unknown to the Grand Jury. The Walmart gift card numbers were then transferred to internet based phone applications, which "runners," like the defendant, **SONGHUA LIU**, would download onto their smart phone or computer device.

6. The runners, including the defendant, **SONGHUA LIU**, would then travel to Walmart locations in the Western District of Arkansas and elsewhere, to complete purchases of new non-tainted gift cards using the fraudulently obtained gift card information at these Walmart locations. Upon obtaining the non-tainted prepaid debit and gift cards, the runners, including the defendant, **SONGHUA LIU**, would then transfer the new gift card information to others unknown to the Grand Jury. Thereafter, the runners, such as the defendant, **SONGHUA LIU**, would receive payment through a bank transfer.

## COUNTS ONE THROUGH FOUR

### Wire Fraud
### 18 U.S.C. § 1343

7.  Paragraphs 1 through 6 are re-alleged and incorporated herein as if fully set forth in their entirety.

### THE WIRE COMMUNICATIONS

8.  On or about the dates listed below, each such date constituting a separate count of the Indictment, in the specified Walmart located within the Western District of Arkansas, for the purpose of executing the above-described scheme and artifice the defendant, **SONGHUA LIU**, transmitted and caused to be transmitted and attempted to transmit in interstate commerce, by means of a wire communication, certain signs, signals, and communications, that is, the defendant caused an interstate wire communication between Arkansas and another state to be made as described below, for each Count:

| Count | Date | Description—Location – Amount |
|---|---|---|
| 1 | 11-5-19 | Multiple gift cards purchased in Fayetteville, Arkansas at the Mall Avenue Walmart location using $1,139.84 worth of fraudulently obtained gift cards. |
| 2 | 11-5-19 | Multiple gift cards purchased in Springdale, Arkansas at the Jennifer Terrace Walmart location using $1,448.16 worth of fraudulently obtained Walmart gift cards. |
| 3 | 11-5-19 | Multiple gift cards purchased in Farmington, Arkansas at the Main Street Walmart location using $2,069.88 worth of fraudulently obtained Walmart gift cards |
| 4 | 11-5-19 | Multiple gift cards purchased in Rogers, Arkansas at the Pleasant Crossing Walmart location using $2,897.80 worth of fraudulently obtained Walmart gift cards |

All in violation of Title 18, United States Code, Section 1343.

## FORFEITURE ALLEGATION

9.      Count One through Four and all of the preceding paragraphs of this Information are re-alleged and incorporated herein by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

10.     Upon conviction of the offense in violation of Title 18, United States Code, Section 1343 set forth in Count One of the Information, the defendant, **SONGHUA LIU**, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

11.     If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third party;
   c. has been placed beyond the jurisdiction of the court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

A True Bill.

/s/Grand Jury Foreperson
Foreperson

DAVID CLAY FOWLKES
FIRST ASSISTANT UNITED STATES ATTORNEY

By: _____
Dustin S Roberts
Assistant U. S. Attorney
Arkansas Bar No. 2005185
414 Parker Avenue
Fort Smith, AR  72901
479-783-5125
E-mail: Dustin.Roberts@usdoj.gov