IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 5:20-CR-50041-001 |
| | ) |
| SONGHUA LIU | ) |

PETITION AND ORDER FOR WRIT
HABEAS CORPUS AD PROSEQUENDUM

Comes now the First Assistant United States Attorney for the Western District of Arkansas and for his petition, states:

1. That **Songhua Liu,** Defendant herein, is now confined in the **Benton County Detention Center**, and is being held by the Sheriff thereof.

2. It is requested that said Defendant be brought before the United States District Court, Western District of Arkansas, Fayetteville, Arkansas, for proceedings on the charges now pending against him and said Defendant then be returned to the above-named institution at the conclusion of all proceedings in the above named Court.

WHEREFORE, your petitioner prays the Court to forthwith order the issuance of a Writ of Habeas Corpus Ad Prosequendum directed to the following:

To the United States Marshal for the Western District of Arkansas

To the Sheriff, Benton County Detention Center

requiring them to produce the body of the said Defendant before this Court, **Fayetteville, Arkansas, on September 16, 2020, at 2:00 p.m.**

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

AUG 2 6 2020

DOUGLAS F. YOUNG, Clerk
By
   Deputy Clerk

DAVID CLAY FOWLKES
FIRST ASSISTANT UNITED STATES ATTORNEY

By: /s/ Dustin Roberts

Dustin Roberts
Assistant U.S. Attorney
Arkansas Bar No. 2005185
414 Parker Avenue
Fort Smith, AR 72901

IT IS SO ORDERED, this 26th day of August, 2020.

/s/ Erin L. Wiedemann

Honorable Erin L. Wiedemann
Chief United States Magistrate Judge