## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

**UNITED STATES OF AMERICA**                               **PLAINTIFF**

v.            CASE NO.: 5:20CR50041

SONGHUA LIU                                                **DEFENDANT**

### WAIVER OF PERSONAL APPEARANCE

I understand I have the absolute right to appear in person before the Court. After consulting with counsel, however, I choose to waive my right to appear in person for my _____Sentencing_____ hearing and opt instead to appear via video conference.

Date: 29 April 2021

_____
Defendant's Signature - Songhua Liu

Date: 29 April 2021

_____
Signature of Defendant's Attorney

Jack Schisler
Printed Name of Defendant's Attorney

### RENUNCIA DE COMPARIENCIA PERSONAL

Entiendo que tengo el derecho absoluto de comparecer en persona ante el Tribunal. Sin embargo, después de consultar con un abogado, elijo renunciar a mi derecho a comparecer en persona para mi audiencia de _____ y opto por comparecer por videoconferencia.

Fecha: _____

Signature / Acusado

Fecha: _____

Signature / Abogado para el acusado

Nombre impreso del abogado del demandado