# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

CRIMINAL NO.:      5:20-CR-50041-001       USA v. SONGHUA LIU

COURT PERSONNEL:                           APPEARANCES:

Judge:      TIMOTHY L. BROOKS              Govt.: DUSTIN ROBERTS

Clerk:      SHERI CRAIG                    Deft.: JACK SCHISLER

Reporter:   PAULA BARDEN

## SENTENCING MINUTE SHEET

On this date the above named Defendant and counsel appeared via video teleconference for Sentencing.

- (X) The Court made specific findings on the record in support of its conclusion that this case cannot be further delayed without serious harm to the interests of justice.

- (X) Defendant has waived his right to appear in person and has consented to proceed via video teleconference (Doc. 29).

- (X) Inquiry made whether Defendant is under the influence of any substance that would impair the ability to comprehend the proceedings.

- (X) Inquiry made that Defendant is satisfied with counsel.

- (X) Court determined that Defendant and counsel have had opportunity to read and discuss presentence investigation report.

- (X) Presentence investigation report reviewed in open court.

- (X) Court expresses final approval of plea agreement.

- (X) Attorney for Government afforded opportunity to make statement to Court.

- (X) Counsel for Defendant afforded opportunity to speak on behalf of Defendant.

CRIMINAL NO.:     5:20-CR-50041-001

(X)   Defendant afforded opportunity to make statement and present information in mitigation of sentence.

(X)   Court proceeded to impose sentence as follows:

27 months imprisonment; no supervised release imposed; no fine imposed; $2,881.00 restitution imposed – interest waived.

(X)   Defendant ordered to pay a total special assessment of $100.00, which shall be due immediately.

(X)   Counts 2, 3, 4, and the forfeiture allegation dismissed on motion by the Government.

(X)   Defendant advised of appeal rights.

(X)   Defendant remanded to custody of USMS.

DATE:  May 4, 2021                                              Proceeding began: 2:59 pm

ended: 3:41 pm